IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Docket No. 3:21-cr-63-FDW |
| v. | ) | |
| **MASHAHRI MARQUIS GRAHAM** | ) | **ORDER** |

This matter is before the Court on the Motion of the United States of America to dismiss the charges against Defendant Mashahri Marquis Graham in the Bill of Information in the above-captioned case without prejudice, because he has entered a guilty plea in the related bill of information in Docket Number 3:21-cr-150-FDW. The Defendant consents to the Motion.

IT IS HEREBY ORDERED that the Motion be GRANTED and that the charges against Defendant Mashahri Marquis Graham in the above-captioned Bill of Information be dismissed without prejudice.

Signed: July 11, 2022

_____
Frank D. Whitney
United States District Judge